IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITY COALITION, ET AL.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE CITY OF RICHMOND, ET AL.,<br><br>    Defendants. | No. C 12-04545 CRB<br><br>**ORDER REQUIRING SERVICE AND SETTING BRIEFING AND HEARING SCHEDULE ON APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

    This matter comes before the Court upon consideration of the Application for a Temporary Restraining Order (dkt. 4) filed by Plaintiffs Community Coalition Against Beverage Taxes, Elli Abdoli and Vigo G. Nielsen Jr. It does not appear that Plaintiffs have served Defendant the City of Richmond, California with the Application. As Plaintiffs have not made the necessary showing under Federal Rule of Civil Procedure 65(b)(1), the Court finds that notice is required. Accordingly, Plaintiffs are ORDERED to serve Defendant with the Application, the supporting papers, and this Order <u>by 5:00 pm today</u>, and to file proof of such service with the Court.

    In addition, Defendant is ORDERED to e-file its response to Plaintiffs' Application, not to exceed fifteen pages, by no later than 3:00 p.m. on <u>Wednesday, September 5, 2012,</u> and shall hand deliver a copy of its response to the Chambers of the Honorable Charles R. Breyer by no later than 3:30 p.m. on that date.

The Court FURTHER ORDERS that this matter shall be set for a hearing on <u>Friday, September 7, at 10:00 a.m.</u>

**IT IS SO ORDERED.**

Dated: August 2⁄, 2012

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE