RANDY RIDDLE (SBN 121788)
ALBERT S. YANG (SBN 281265)
RENNE SLOAN HOLTZMAN SAKAI LLP
350 Sansome Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 678-3800
Facsimile: (415) 678-3838

BRUCE REED GOODMILLER (SBN 121491)
City Attorney
SHANNON L. MOORE (SBN 243634)
Deputy City Attorney
CITY OF RICHMOND
450 Civic Center Plaza
Richmond, CA 94804
Telephone: (510) 620-6509
Facsimile: (510) 620-6518

Attorneys for Defendant
THE CITY OF RICHMOND

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| COMMUNITY COALITION AGAINST BEVERAGE TAXES, ELLI ABDOLI AND VIGO G. NIELSEN, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF RICHMOND; AND DOES 1-20,<br><br>Defendants. | Case No.: 3:12-CV-04545-CRB<br><br>**ORDER EXTENDING TEMPORARY RESTRAINING ORDER, CONTINUING HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION, AND MODIFYING BRIEFING SCHEDULE**<br><br>Date:        September 18, 2012<br>Time:       10:00 a.m.<br>Judge:      Hon. Charles R. Breyer<br>Courtroom: 6 |

[PROPOSED] ORDER EXTENDING TEMPORARY RESTRAINING ORDER, CONTINUING HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION, AND MODIFYING BRIEFING SCHEDULE
Case No. 3:12-CV-04545-CRB

1  On September 7, 2012, this Court issued a temporary restraining order in the above-captioned
2  matter. The Court ordered Defendant to show cause on September 18, 2012, at 10:00 a.m., why a
3  preliminary injunction should not issue. The Court further ordered the parties to simultaneously file and
4  serve papers in support of, or in opposition to, the motion for preliminary injunction by 12:00 p.m. on
5  September 13, 2012. Pursuant to the Court's order, the temporary restraining order is to expire on
6  September 21, 2012.

7  Following the Court's issuance of the temporary restraining order, the parties on September 10,
8  2012, entered into a stipulation to extend the temporary restraining order by one week, and to continue
9  for one week the date of the hearing on the preliminary injunction, and the date by which supplemental
10 briefing schedule must be filed, so as to allow Defendant's counsel to discuss this matter with the
11 Richmond City Council.

12  Accordingly, for good cause shown, it is hereby ORDERED that:

13  1.  The temporary restraining order issued in this matter, currently set to expire on
14      September 21, 2012, shall be continued in full force and effect without modification until
15      September 28, 2012.
16  2.  Defendant is ordered to show cause in Courtroom 6 of this Court on September 25, 2012,
17      at 12:30 p.m., why a preliminary injunction should not issue restraining and enjoining
18      Defendant from enforcing section 2.42.075 against Plaintiffs during the pendency of this
19      action and the previous hearing date of September 18, 2012, is vacated;
20  3.  Both parties shall simultaneously file and serve any papers in support of or in opposition
21      to the motion for preliminary injunction by 12:00 p.m. (noon) on September 20, 2012; and
22  4.  That the parties will timely notify the Court of any developments affecting the scheduled
23      hearing in this matter.

24  IT IS SO ORDERED.
25  Dated: September 11, 2012

26                                      By: 
27                                          United States District Judge
                                            Judge Charles R. Breyer

-1-

[PROPOSED] ORDER EXTENDING TEMPORARY RESTRAINING ORDER, CONTINUING HEARING ON
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION, AND MODIFYING BRIEFING SCHEDULE
CASE NO. 3:12-CV-02671-CRB